[No. 24827-1-II. Division Two. June 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DARCY R. CARY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01530-4, Terry Kay McCluskey, J., entered June 11, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 23898-5-II. Division Two. June 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT A. AYNSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-1-00091-0, Kenneth D. Williams, J., entered October 21, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Hunt, JJ.

[Nos. 24039-4-II; 24552-3-II. Division Two. June 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DENNIS HESSLER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 97-1-05066-1, Marywave Van Deren., J., entered November 16, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[Nos. 24168-4-II; 24178-1-II. Division Two. June 23, 2000.]

*In the Matter of the Guardianship of* GLADYS JONES. GLADYS JONES, *Respondent*, v. GARY YOUNG, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 95-2-01505-1, Don L. McCulloch, J., entered November 30, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.